**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **BILLY NAVARRE CERTIFIED USED CAR IMPORTS L L C ET AL** | **CASE NO. 2:24-CV-00085** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CLAREMONT PROPERTY CO** | **MAGISTRATE JUDGE LEBLANC** |

# MEMORANDUM ORDER

Before the court are a Motion in Limine [doc. 103] filed by defendant/counter-claimant Claremont Property Co. ("Claremont") and an Omnibus Motion in Limine [doc. 104] filed by plaintiff/counter-defendants Billy Navarre Certified Used Car Imports, LLC; Billy Navarre Imports, Inc.; Lake Charles Auto Plaza, Inc. d/b/a Louisiana Direct Auto; Navarre Chevrolet, Inc.; Navarre Management, LLC; and Navarre Nissan LLC (collectively, "Navarre"). Both motions, which seek to exclude certain evidence, testimony, and argument as irrelevant or prejudicial, are opposed. Docs. 107, 108.

At the time the parties filed their motions, this matter was set as a jury trial. *See* docs. 85, 98. Subsequently, however, Navarre filed an unopposed motion to strike the jury trial designation. Doc. 106. The court has granted the motion and reset the matter as a bench trial. Doc. 111. "In a bench trial, [motions in limine] are unnecessary, as the Court can and does readily exclude from its consideration inappropriate evidence of whatever ilk." *Cramer v. Sabine Transp. Co.*, 141 F.Supp.2d 727, 733 (S.D. Tex. 2001). Accordingly, **IT**

**IS ORDERED** that the Motions in Limine [docs. 103, 104] be **DENIED**, without prejudice to either party's right to object to improper evidence or argument at trial.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**